IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Gloria Bowens and Kenneth Bowens, )<br> )<br>Plaintiffs, )<br> )<br>vs. )<br> )<br>Wal-Mart Stores East, LP d/b/a )<br>Wal-Mart Supercenter d/b/a Wal- )<br>Mart Neighborhood Market; Wal- )<br>Mart Stores, Inc.; Wal-Mart Real )<br>Estate Business Trust; and Wal- )<br>Mart Realty Company, )<br> )<br>Defendants. )<br>                                      ) | Civil Action No.: 0:12-cv-1695-JFA<br><br>**ORDER OF DISMISSAL** |

IT APPEARING that the above-entitled matter has been resolved by compromise and mutual consent by and between the plaintiffs and the defendants, Wal-Mart Stores East, LP d/b/a Wal-Mart Supercenter d/b/a Wal-Mart Neighborhood Market; Wal-Mart Stores, Inc.; Wal-Mart Real Estate Business Trust; and Wal-Mart Realty Company,

NOW, THEREFORE, upon Motion of Sowell Gray Stepp & Laffitte, L.L.C., attorneys for the defendants, by and with the consent of the undersigned attorney for the plaintiffs,

IT IS ORDERED, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that the Complaint in the above-entitled action be dismissed, with prejudice, as to the defendants.

IT IS SO ORDERED.

April 16, 2013
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge

-2-

| WE MOVE AND AGREE: | WE CONSENT AND AGREE: |
|---|---|
| SOWELL GRAY STEPP & LAFFITTE, L.L.C. | BICE LAW, LLC |

By:   S / Rebecca Laffitte
    Rebecca Laffitte
    ID No. 1036
    rlaffitte@sowellgray.com
    J. Michael Montgomery
    ID No. 10290
    mmontgomery@sowellgray.com
    Post Office Box 11449
    Columbia, South Carolina 29211
    (803) 929-1400

Attorneys for Defendants, Wal-Mart Stores East, LP d/b/a Wal-Mart Supercenter d/b/a Wal-Mart Neighborhood Market; Wal-Mart Stores, Inc.; Wal-Mart Real Estate Business Trust; and Wal-Mart Realty Company

By:   S / Justin D. Bice
    Justin D. Bice
    ID No. 10700
    justin@bicelaw.us
    1012 Market St., Ste. 301
    Fort Mill, South Carolina 29464
    (803) 639-8777

Attorneys for Plaintiffs, Gloria Bowens and Kenneth Bowens